**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-2371**

_____

JAMES FREEMAN,

Plaintiff - Appellant,

v.

SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, a/k/a SAIC,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:19-cv-01502-LMB-MSN)

_____

Submitted:  November 17, 2022                    Decided:  November 22, 2022

_____

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Christopher E. Brown, THE BROWN FIRM PLLC, Alexandria, Virginia, for Appellant.  Kimberley Lunetta, Miami, Florida, Matthew J. Sharbaugh, Zachary S. Stinson, MORGAN, LEWIS & BOCKIUS LLP, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Freeman appeals the district court's order denying his motion for partial summary judgment and granting Defendant summary judgment on Freeman's discrimination, harassment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment. *Freeman v. Sci. Applications Int'l Corp.*, No. 1:19-cv-01502-LMB-MSN (E.D. Va. Nov. 24, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
